WILLIAM B. ET AL. *v.* RONALD BUSSELL ET AL.
(AC 24644)

Dranginis, West and DiPentima, Js.

Argued September 23—officially released November 2, 2004

Per Curiam. The judgment is affirmed.

CAROL GRASS *v.* KENNETH GRASS
(AC 24860)

Foti, DiPentima and Freedman, Js.

Argued October 12—officially released November 2, 2004

Per Curiam. The judgment is affirmed.